**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MARTIN BITER, Warden,<br><br>　　　　Respondent. | Case No. CV 14-0376-ODW (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 26, 2015

　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE